# ELECTRONIC RECORD

COA #   01-13-01054-CR                    OFFENSE:   22.02 (Agg Assault)

STYLE:  Jimmy R. Williams v. The State of Texas          COUNTY:   Harris

COA DISPOSITION:       AFFIRM              TRIAL COURT:  182nd District Court

DATE: 10/21/2014            Publish: NO   TC CASE #:    1362277

# IN THE COURT OF CRIMINAL APPEALS

STYLE:  Jimmy R. Williams v. The State of Texas          CCA #:  1566-14

_____PRO SE_____ Petition            CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:       DATE:  _____

_____REFUSED_____                         JUDGE:  _____

DATE: ___03/04/2015___                    SIGNED: _____        PC: _____

JUDGE: ___Per Curiam___                   PUBLISH: _____       DNP: _____

---------------------------

                                          _____ MOTION FOR

                                          REHEARING IN CCA IS: _____

                                          JUDGE: _____

# ELECTRONIC RECORD